LCI
111 Anza Blvd., Ste 310
Burlingame, CA 94010
650-342-9486

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**NOTICE OF WITHDRAWAL**

In Re: GABRIEL GARZON & CLARA P GARZON, Debtor
CASE NO 10-41063

TO: Clerk of the Court

1. A transfer of claim was electronically filed on behalf of SUNTRUST MORTGAGE INC
2. For account #7583 in the amount of $73080.37
3. Docketed by the court on December 17, 2010, claim number 1

You are notified that such transfer of claim is hereby withdrawn, as it was filed in error.

DATED: January 13, 2010


LCI

/s/ Manuel Quiogue